IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY SHERIDAN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 13-768 |
| | : | |
| THE UNITED STATES, | : | |
| Defendant. | : | |

**MEMORANDUM AND ORDER**

Plaintiff has filed a Complaint against the United States (Docket No. 1); a Motion for Summary Judgment (Docket No. 4); and a Motion to Proceed, for Pretrial Conference, for Order of Execution, to Provide Legal Assistance, for Order to Enjoin, to Provide Determination of Fact (Docket No. 5). None of these motions have been properly served. See Federal Rule of Civil Procedure 4(i), 4(i)(1)(B) and 4(i)(1)(C). Until such service is effectuated, no duty to respond is imposed upon the defendant.

As to the "motion to provide legal assistance", the plaintiff is directed to answer the attached questionnaire and return the same to the Clerk of Court.

**IT IS SO ORDERED** this 12th day of March, 2013.

BY THE COURT:

*Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S. J.

**QUESTIONNAIRE**                                       13-cv-768

1. Full name       _____

2. Date of Birth   _____

3. Place of Birth  _____

4. Education:

|  | YES | NO |
|---|---|---|
| Elementary School | ____ | ____ |
| 7 Grade | ____ | ____ |
| 8 Grade | ____ | ____ |
| 9 Grade | ____ | ____ |
| 10 Grade | ____ | ____ |
| 11 Grade | ____ | ____ |
| 12 Grade | ____ | ____ |
| College or Trade School | ____ | ____ |

5. In general, what grades did you receive while in school?
   _____
   _____

6a. Do you read, write and understand the English language?
    _____

6b. Any other language?  _____  If yes, which ones?
    _____
    _____

7a.  If you read, how often do you read any of the following:

        Books            _____

        Newspapers       _____

        Magazines        _____

        Others           _____

7b.  Names of books, magazines and newspapers that you read.

_____

_____

_____

8.   Do you watch television?  If yes, what do you watch?

_____

_____

_____

9.   List all of your prior work experience.

_____

_____

_____

10.  List any special skills you have either as a result of formal education or experience.

_____

_____

_____

11.  Prior to the present case, how many lawsuits have you filed? List the approximate year of filing, the court in which they were filed and the term and number, if known.

    _____

    _____

    _____

    _____

12.  Were you represented by an attorney in any of the other lawsuits that you have filed?

    _____

    _____

13.  Do you have access to a law library?   _____

14.  Do you have any serious mental or physical illness or disability?  If so, please explain.

    _____

    _____

15.  Are you unable to afford private counsel?  If YES, fill out attached "Application to Proceed in District Court Without Prepaying Fees or Costs" and return along with this completed questionnaire.

                                    _____
                                    Name of Plaintiff

I swear that the answers given in the above questions are true and correct to the best of my knowledge, information and belief.

                                    _____
                                    Signature of Plaintiff