IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY SHERIDAN | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 13-768 |
| THE UNITED STATES OF AMERICA | : | |
| | : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this *4th* day of *June*, 2013, upon consideration of Defendant United States of America's Motion to Dismiss (Docket No. 13), Plaintiffs' Response in Opposition (Docket No. 14), and Defendant's Reply Brief (Docket No. 15) it is hereby **ORDERED** as follows:

1. Defendant's Motion to Dismiss is **GRANTED.**

2. Plaintiff's Motion for Automatic Stay and Injunction (Docket No. 12) is **DENIED AS MOOT.**

3. This case is now **CLOSED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.